THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN BARMORE, Appellant, against WILLIAM HUNT, as Warden of Attica State Prison, Respondent.

Submitted April 8, 1946; decided May 29, 1946.

*Herman Barmore,* appellant in person.

*Nathaniel L. Goldstein, Attorney-General (Orrin G. Judd, Wendell P. Brown, P. H. Clune, Charles F. Steele* and *Irving I. Waxman* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.